IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRENCE LAMONT GREEN, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 17-00096-KD-N |
| TERRY MACK, et al, | : | |
| Defendants. | : | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this court.

Accordingly, it is ORDERED that this action is DISMISSED without prejudice for failure to prosecute and to comply with the Court's order.

DONE this 14th day of June 2017.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> CHIEF UNITED STATES DISTRICT JUDGE